**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** MISC. NO. 06mc3309 |
| **DEFENDANT** JEAN JOHNSON OGLE | **TYPE OF PROCESS** Motion for Order Affidavit & Order |

Received 2006 MAY 11 P 1:20 DEBRA P. HACKETT CLK U.S. DISTRICT COURT

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JEAN JOHNSON OGLE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1030 West Point Parkway, Opelika, AL 36801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U. S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN: 6720
DOB: 1960

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
R. Randolph Neeley
TELEPHONE NUMBER: 334-223-7280
DATE: 5/9/2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | 2 | 2 | K. Chavez | 5/15/06 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

RETURNED AND FILED MAY 2 2 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

| Date of Service | Time | |
|---|---|---|
| 5/19/06 | 12:45 | pm |

Signature of U.S. Marshal or Deputy: C.J. Tatum

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $90.00 | 48.95 | ∅ | 138.95 | ∅ | 138.95 | ∅ |

**REMARKS:**
5/19/06 11:45 am Endeavor, No Response (2 hrs, 100 miles charged)
5/19/06 12:45 pm Served, (10 miles charged)
Subject's phone (334)745-0471 (h) (334)559-0471 (cell)

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT     FORM USM-285 (Rev. 12/15/80)